PER CURIAM.

(No. 75-CC-721— )

DRAPA SIGNS, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MOTOR VEHICLES, Respondent.

*Opinion filed April 28, 1975.*

DRAPA SIGNS, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM J. KARAGANIS, Assistant Attorney General, for Respondent.

PER CURIAM.